UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MONICA L HENDRICKS                    CIVIL ACTION NO. 20-cv-1641

VERSUS                                JUDGE ELIZABETH E. FOOTE

PRIDE INDUSTRIES, INC, ET AL          MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the court is **Defendant's Motion to Compel Discovery and Certify Admissions under Rule 36. Doc. 34**. The motion states that Plaintiff has not provided any response to Defendant's first set of interrogatories, request for production of documents, or requests for admission. Plaintiff has not filed an opposition to the motion.

Defendant attempted in good faith to obtain answers from Plaintiff, but Plaintiff took the position that the court waived all discovery in the case. That position is wrong. The court's scheduling order directed the parties to commence discovery on February 1, 2022, and the deadline for discovery is June 17, 2022. Doc. 33.

Plaintiff's status as a pro se litigant does not excuse her noncompliance. The Fifth Circuit has consistently applied the discovery rules equally and consistently to represented and pro se parties alike. Poon-Atkins v. Sappington, 2022 WL 102042 (5th Cir. 2022). In fact, the court has refused to overlook a party's disregard for deadlines regardless of that party's status. Id.

Defendant's unopposed motion is **granted**. Plaintiff is ordered to provide written discovery responses and responsive documentation no later than **June 8, 2022**. The

answers must be full and complete, as Plaintiff's untimeliness resulted in her waiver of all objections to the discovery. It is further ordered that Defendant's requests for admission are now deemed admitted. Plaintiff is advised that if she fails to comply with this order, her case may be dismissed.

    THUS DONE AND SIGNED in Shreveport, Louisiana, this 25th day of May, 2022.

Mark L. Hornsby
U.S. Magistrate Judge