# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| MONICA L HENDRICKS | CIVIL ACTION NO. 20-1641 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PRIDE INDUSTRIES INC ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Considering the foregoing order which granted the Plaintiff's voluntary motion to dismiss, **IT IS HEREBY ORDERED** that Plaintiff's civil suit against the Defendant, Pride Industries, Inc., be and is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that any other pending motions in this action are **DENIED AS MOOT**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** this 14th day of June, 2022.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE